Argued and submitted May 28, affirmed July 14, 1980

## KEY TITLE COMPANY,
*Respondent,*
*v.*
## OREY, et ux,
*Appellants.*

(No. 5759, CA 16902)

613 P2d 111

James H. Lewelling, Newport, argued the cause and filed the brief for appellants.

James M. Gillis, Newport, argued the cause for respondent. With him on the brief was Litchfield, Macpherson, Carstens & Gillis, Newport.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

**PER CURIAM**

## PER CURIAM

There being no audio record, agreed narrative statement or typewritten transcript ordered or obtained of the proceedings below in accordance with ORS 46.340 and Rules 23.05 and 23.10, Rules of Appellate Procedure, there is an insufficient record for us to review the assignments of error made.

Affirmed.